# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TUAN ANH PHAM, | |
| Plaintiff, | Case No. 2:14-cv-02085-GMN-PAL |
| vs. | **ORDER OF RECUSAL** |
| LAS VEGAS SUPERSTORE, INC., | |
| Defendant. | |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

**IT IS FURTHER ORDERED** the Early Neutral Evaluation Session scheduled for November 10, 2015 before the undersigned Magistrate Judge is vacated.

DATED this 14th day of September, 2015.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE