JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:   (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| TUAN ANH PHAM, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUPERSTORE, INC., a Nevada Corporation<br><br>Defendants. | Case No. 2:14-CV-02085-GMN-PAL<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS AND ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Tuan Anh Pham ("Plaintiff"), and Defendant Las Vegas Superstore, Inc. ("Defendant"), by and through their respective counsels of record, submit this stipulation wherein Defendant agrees to withdraw its Motion to Dismiss (Dkt. #17) and Plaintiff agrees to file a Second Amended Complaint which will address the deficiencies noted in Defendant's Motion, as well as clarify his claims to more properly put Defendant on notice of such claims. Plaintiff agrees to file the Second Amended Complaint by September 24, 2015. Nothing in this stipulation prevents Defendants from bringing a separate Motion to Dismiss following Plaintiff's Second Amended Complaint, if Defendant believes such Motion to be necessary at that time.

Moreover, Plaintiff also withdraws his Motion for Default (Dkt. #13).

///

///

THEREFORE, the parties agree as follows:

1) Defendant hereby withdraws its Motion to Dismiss (Dkt. #17) without prejudice;

2) Plaintiff is instructed to file a Second Amended Complaint by September 24, 2015; and

3) Plaintiff hereby withdraws his Motion for Default (Dkt. #13).

| | |
|---|---|
| Dated: September 16, 2015 | Dated: September 16, 2015 |
| Respectfully submitted, | Respectfully submitted, |
| By:  /s/Jeffrey Gronich<br>Jeffrey Gronich, Esq.<br>Jeffrey Gronich, Attorney at Law, P.C.<br>1810 E. Sahara Ave, Suite 109<br>Las Vegas, NV 89104<br>*Attorneys for Plaintiff* | By:  /s/ Adam R. Knecht<br>Kurt R. Bonds, Esq.<br>Adam R. Knecht, Esq.<br>Alverson, Taylor, Mortensen & Sanders<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 09/22/2015