JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:   (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TUAN ANH PHAM, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS SUPERSTORE, INC., a Nevada Corporation<br><br>Defendants. | Case No.  2:14-CV-02085-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.  Each party is to bear her/his/its own attorneys' fees and costs.

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: January 13, 2015 | Dated: January 13, 2015 |
| Respectfully submitted, | Respectfully submitted, |
| By: ___/s/Jeffrey Gronich_____<br>Jeffrey Gronich, Esq.<br>Jeffrey Gronich, Attorney at Law, P.C.<br>1810 E. Sahara Ave, Suite 109<br>Las Vegas, NV 89104<br>*Attorneys for Plaintiff* | By: ___/s/ Adam R. Knecht_____<br>Kurt R. Bonds, Esq.<br>Adam R. Knecht, Esq.<br>Alverson, Taylor, Mortensen & Sanders<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated this __14__ day of __January__, ~~2015~~ 2016

_____
UNITED STATES DISTRICT COURT JUDGE